No. 92–940. ALM CORP. v. ENVIRONMENTAL PROTECTION AGENCY, REGION II. C. A. 3d Cir. Certiorari denied.

No. 92–956. CITY OF NEW YORK v. WALKER. C. A. 2d Cir. Certiorari denied.

No. 92–988. LEISHMAN-DONALDSON ET AL. v. BALAS. C. A. 6th Cir. Certiorari denied.

No. 92–1019. SIERRA TELCOM SERVICES, INC. v. HARTNETT, COMMISSIONER OF LABOR OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 92–1033. TEMPLETON ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–1042. NATIONAL COMMODITY & BARTER ASSN. ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–1047. LAMON ET AL. v. CITY OF SHAWNEE, KANSAS. C. A. 10th Cir. Certiorari denied.

No. 92–1051. TEXAS v. MARTINEZ. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 92–1066. EDWARDS, GOVERNOR OF LOUISIANA, ET AL. v. SOJOURNER T. ET AL.; and
No. 92–1157. CONNICK v. SOJOURNER T. ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 974 F. 2d 27.

No. 92–1067. CONNECTICUT v. APARO; and
No. 92–1308. APARO v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied. Reported below: 223 Conn. 384, 614 A. 2d 401.

No. 92–1088. CATAWBA INDIAN TRIBE OF SOUTH CAROLINA v. SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.